Ricardo R. Bours, CA Bar No. 325020
ricardo.bours@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Esplanade Center III
2415 E. Camelback Road, Suite 800
Phoenix, AZ  85016
Telephone:  602-778-3700
Facsimile:   602-778-3750

Attorneys for Defendant
SWCA, INCORPORATED

William M. Hogg, CA Bar No. 338196
Michael A. Josephson*
Andrew W. Dunlap*
JOSEPHSON DUNLAP LLP
11 Greenway, Plaza, Suite 3050
Houston, Texas 77046
Telephone:   (713) 352-1100
Facsimile:    (713) 352-3300
whogg@mybackwages.com
mjosephson@mybackwages.com
adunlap@mybackwages.com

Richard J. (Rex) Burch*
BRUCKNER BURCH PLLC
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone: (713) 877-8788
rburch@brucknerburch.com

* - *Pro hac vice* forthcoming

*Counsel for Plaintiff and the Putative Class Members*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANIE SHRECKENGOST, Individually and for Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>SWCA, INCORPORATED, an Arizona for-profit corporation,<br><br>    Defendant. | Case No. 2:23-cv-01617-KJM-KJN<br><br>**ORDER**<br><br>Complaint Filed:   August 4, 2023<br>Trial Date:             None Set<br>District Judge:       Hon. Kimberly J. Mueller<br>Magistrate Judge:  Hon. Kendall J. Newman |

Case No. 2:23-CV-01617-KJM-KJN

ORDER

**ORDER**

With good cause appearing, and pursuant to the Parties' agreement and stipulation, it is hereby ORDERED as follows:

1. This Action, including all proceedings and deadlines, shall be stayed until February 5, 2024, which is intended to be a date after the Parties have completed private mediation.

2. Defendant's response to the Amended Complaint will be due on or before February 26, 2024, which is 21 days after the expiration of the stay.

3. No Party waives any rights or defenses as a result of this requested stay.

4. In light of the stay, the Initial Scheduling Conference set for December 14, 2023, is reset to March 28, 2024 at 02:30 PM before Chief District Judge Kimberly J. Mueller, with the filing of a joint status report due fourteen (14) days prior. The March hearing will proceed by video conferencing through the Zoom application. The Courtroom Deputy will provide counsel with the hearing access information no less than 24 hours before the hearing.

**IT IS SO ORDERED**.

DATED: November 14, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE