Ricardo R. Bours, CA Bar No. 325020
ricardo.bours@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Esplanade Center III
2415 E. Camelback Road, Suite 800
Phoenix, AZ  85016
Telephone:  602-778-3700
Facsimile:   602-778-3750

Attorneys for Defendant
SWCA, INCORPORATED

William M. Hogg, CA Bar No. 338196
Michael A. Josephson*
Andrew W. Dunlap*
JOSEPHSON DUNLAP LLP
11 Greenway, Plaza, Suite 3050
Houston, Texas 77046
Telephone:  (713) 352-1100
Facsimile:   (713) 352-3300
whogg@mybackwages.com
mjosephson@mybackwages.com
adunlap@mybackwages.com

Richard J. (Rex) Burch*
BRUCKNER BURCH PLLC
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone: (713) 877-8788
rburch@brucknerburch.com

* - *Pro hac vice* forthcoming

*Counsel for Plaintiff and the Putative Class Members*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANIE SHRECKENGOST, Individually and for Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>SWCA, INCORPORATED, an Arizona for-profit corporation,<br><br>        Defendant. | Case No. 2:23-cv-01617-KJM-KJN<br><br>**ORDER**<br><br>Complaint Filed:   August 4, 2023<br>Trial Date:           None Set<br>District Judge:    Hon. Kimberly J. Mueller<br>Magistrate Judge: Hon. Kendall J. Newman |

**ORDER**

With good cause appearing, and pursuant to the Parties' agreement and stipulation, it is hereby ORDERED as follows:

1. This Action, including all proceedings and deadlines, shall be stayed until August 30, 2024, which is intended to be a date after the Parties have completed private mediation.

2. Defendant's response to the Amended Complaint will be due on or before September 20, 2024, which is 21 days after the expiration of the stay.

3. No Party waives any rights or defenses as a result of this requested stay.

**IT IS SO ORDERED**.

DATED: February 27, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE