Aaron H. Cole, CA Bar No. 236655
aaron.cole@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-438-5846
Facsimile: 213-239-9045

Ricardo R. Bours, CA Bar No. 325020
ricardo.bours@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Esplanade Center III
2415 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: 602-778-3700
Facsimile: 602-778-3750

Attorneys for Defendant
SWCA, INCORPORATED

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANIE SHRECKENGOST, Individually and for Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>SWCA, INCORPORATED, an Arizona for-profit corporation,<br><br>    Defendant. | Case No. 2:23-cv-01617-KJM-CSK<br><br>**ORDER**<br><br>Complaint Filed: August 4, 2023<br>Trial Date: None Set<br>District Judge: Hon. Kimberly J. Mueller<br>Magistrate Judge: Hon. Chi Koo Sim |

## **ORDER**

With good cause appearing, and pursuant to the Parties' agreement and stipulation, it is hereby ORDERED as follows:

1. This Action, including all proceedings and deadlines, shall be stayed until November 29, 2024, which is intended to be a date after the Parties have completed private mediation.

2. Defendant's response to the Amended Complaint will be due on or before December 20, 2024, which is 21 days after the expiration of the stay.

Case No. 2:23-CV-01617-KJM-CSK

[PROPOSED] ORDER

3.  No Party waives any rights or defenses as a result of this requested stay.

**IT IS SO ORDERED**.

DATED:  October 1, 2024.

_____
HON. KIMBERLY J. MUELLER
United States District Court Judge